IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 24-6920 |

## ORDER

**AND NOW**, this 6th day of October, 2025, upon consideration of the Motion to Dismiss filed by Defendants the City of Philadelphia, Detective Jim Rago, and Police Officer Andrew Jericho (Docket No. 27) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to the claims against Defendants Rago and Jericho in Counts I, II, and III and those Defendants are, accordingly, **DISMISSED** as defendants in this action.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.